UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br> v.                                                          )<br>                                                              )<br> $19,105.00 IN UNITED STATES     )<br> CURRENCY and                              )<br> $28,932.00 IN UNITED STATES     )<br> CURRENCY,                                    )<br>            Defendants.                      )<br>                                                              ) | 2:05-CV-0810-PMP-LRL<br><br><br><br><br>O R D E R |

The Court having read and considered Plaintiff's Motion for an Order to Unseal, to Lift the Stay, to Reassign Case and to Complete Service of Process (#5), filed July 31, 2006, and good cause appearing,

IT IS ORDERED that Plaintiff's Motion for an Order to Unseal, to Lift the Stay, to Reassign Case and to Complete Service of Process ( (#5) is granted.  This case is hereby unsealed, the stay if lifted, the Honorable Peggy A. Leen is reassigned to this case in place of Magistrate Judge Lawrence R. Leavitt, and the Government shall have until September 11, 2006, within which to complete service of process in this action.

The case caption for all further pleadings shall reflect the reassignment as 2:05-CV-0810-PMP-PAL.

DATED:  July 31, 2006

_____
PHILIP M. PRO
Chief United States District Judge